93 So.2d 437

### Carl Frank HAND

v.

### STATE.

### 6 Div. 100.

Supreme Court of Alabama.

March 7, 1957.

Matt H. Murphy, Jr., Birmingham, for petitioner.

John Patterson, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Carl Frank Hand for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Hand v. State, Ala., 93 So.2d 435.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

89 So.2d 584

### Selma L. HENDERSON

v.

### STATE.

### 4 Div. 895.

Supreme Court of Alabama.

Sept. 6, 1956.

Baldwin & Baldwin, Andalusia, for petitioner.

John Patterson, Atty. Gen., and Robert G. Kilgore, Jr., Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Selma L. Henderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Henderson v. State, 89 So.2d 580.

Writ denied.

SIMPSON, MERRILL, and SPANN, JJ., concur.

89 So.2d 689

### HILL GROCERY CO.

v.

### E. E. WILSON.

### 6 Div. 2.

Supreme Court of Alabama.

Sept. 13, 1956.

London & Yancey, Geo. W. Yancey and Jas. E. Clark, Birmingham, for appellant.

Huey, Stone & Patton, Bessemer, for appellee.

STAKELY, Justice.

On authority of the decision this day rendered in Hill Grocery Co. v. Wilson, ante, p. 49, Ala., 89 So.2d 687, the judgment in the present case is affirmed.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.